UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

Plaintiff,

v.

FACEGYM USA, INC.,

Defendant.

Case No.: 22-cv-7582

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs. No motion for class certification has been filed, and no class has been certified in this action. Accordingly, class notice and Court approval of the voluntary dismissal are not required under Fed. R. Civ. P. 23(e).

Dated: Jan. 24, 2023

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
(917) 373-9128
*Attorneys for Plaintiff*

DAVIS GILBERT LLP

By: _____
Marc J. Rachman, Esq.
1675 Broadway
New York, New York 10019
(212) 468-4800
*Attorneys for Defendant*